UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:15-CV-322-Orl-41-TBS

CARMEN S. MORALES-ABDO,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

In accordance with Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Mary Kate Kamka of the law firm of Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111, phone number (415)398-3344, for purposes of appearance as co-counsel on behalf of Wells Fargo Bank, N.A. in the above-styled case only, and pursuant to Rule 2.01(d), of the CM/ECF Administrative Procedures, to permit Mary Kate Kamka to receive electronic filings in this case, and in support thereof states as follows:

    1.    Mary Kate Kamka is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar.

    2.    Movant, David B. Esau, of the law firm of Carlton Fields Jorden Burt, P.A., City Place Tower, 525 Okeechobee Blvd., Suite 1200, West Palm Beach, Florida, 33401, phone number (561) 659-7070, is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida, maintains an office in this state for the practice

of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Mary Kate Kamka has also forwarded to the Court a check in the amount of $10.00, as required by Rule 2.02 and 2.01(d), along with the Special Admission Attorney Certification form.

4.  Mary Kate Kamka, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mary Kate Kamka at email address: Mkk@severson.com.

WHEREFORE, David B. Esau, moves this Court to enter an Order allowing Mary Kate Kamka to appear before this Court on behalf of Wells Fargo Bank, N.A., for all purposes relating to the proceeding in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mary Kate Kamka.

## LOCAL RULE 3.01 CERTIFICATION

Pursuant to Local Rule 3.01, the undersigned counsel certifies that they conferred with counsel for Plaintiff regarding the issues raised in this motion, and that counsel for Plaintiff does not oppose the requested relief.

Date: April 10, 2015               Respectfully Submitted,

By: /s/ David B. Esau
    David B. Esau
    Florida Bar No. 650331
    E-mail: desau@cfjblaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system:

/s/ *David B. Esau*
David B. Esau

## SERVICE LIST

Jeffrey Neil Golant, Esq.
Ashley Renee Eagle, Esq.
Law Office of Jeffrey N. Golant, P.A.
1000 W. McNab Road, Suite 150
Pompano Beach, FL 33069
Email: Jgolant@aol.com
Email: aeagle@jeffreygolantlaw.com
*Counsel for Plaintiff*