UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARMEN S. MORALES-ABDO,

    Plaintiff,

v.                                        Case No.  6:15-cv-322-Orl-41TBS

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

ORDER

After due consideration, the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings (Doc. 11), filed on behalf of attorney Mary Kate Kamka is **DENIED without prejudice**.  A condition for admission *pro hac vice* is membership, in good standing, of the bar of any district court of the United States, outside Florida.  M.D.Fla. 2.02(a).  It does not appear from the motion that Ms. Kamka satisfies this requirement.  Additionally, paragraph one of the motion refers to the wrong district of Florida, and the admission fee is no longer $10.

    **DONE AND ORDERED** in Orlando, Florida, on April 17, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies to Counsel of Record

-3-